**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 26-41854** |
| **ARIANA MICHAELA FISCHER** | § | |
| | § | **CHAPTER 7** |
| Debtor | § | |

## SUPPLEMENTAL MATRIX

PLEASE TAKE NOTICE:

The following interested party(-ies) have been added to the Debtor's creditor matrix.

**Click Lease LLC**
**12921 Vista Station Blvd Ste 200**
**Draper, UT 84020**

August 04, 2026

Respectfully Submitted,

/s/ Nicholaas M. Inman
Nicholas M. Inman
State Bar No. 00787747
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR(S)

**CERTIFICATE OF SERVICE**

The undersigned certifies that on or before August 04, 2026, the following parties were served a true copy of the **Amended Schedules E/F** on all the parties via the method indicated below. Furthermore, a true and correct copy of the Notice of Ch. 7 Bankruptcy Case, Meeting of Creditors, & Notice of Appointment of Trustee filed by Christopher Moser was served to the newly added creditor and/or interested party(ies).

**VIA ELECTRONIC NOTICE THROUGH COURT'S ECF SYSTEM**
Trustee Christopher Moser kimhill@qslwm.com

USTPRegion06.TY.ECF@USDOJ.GOV

**VIA U.S. MAIL**
Debtor:
Ariana Michaela Fischer
1380 Providence Blvd
Aubrey, TX 76227

All Newly Added Creditors and/or Interested Parties listed herein above and all parties on the attached matrix.

/s/Nicholas M. Inman
Nicholas M. Inman
State Bar No. 00787747
ALLMAND LAW FIRM, P.L.L.C.